**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-7425**

―――――――――

MICHAEL EDWARD BROOKS,

Plaintiff - Appellant,

versus

H. L. BUNCH, individually and in his official
capacity as Police Chief; J. L. SPEAR, indi-
vidually and in official capacity as Police
Lieutenant; MARK BYRUM, individually and in
official capacity as Police Officer; ALFRED
SANDERLIN, individually and in official capac-
ity as Police Officer; JAMIE LACOMBE, individ-
ually and in official capacity as Police
Officer; MALCOLM MOURING, individually and in
official capacity as Police Officer; AUBREY
NMI SAMPLE, individually and in official ca-
pacity as Police Officer; RICKY KING, indi-
vidually and in official capacity as Police
Officer; ROGER JONES, individually and in
official capacity as Police Sergeant; KEITH
TEAGUE; ELIZABETH CITY POLICE DEPARTMENT; CITY
OF ELIZABETH CITY; SAM KEITH, individually and
in official capacity as Deputy,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. Terrence W. Boyle,
Chief District Judge. (CA-98-15-2-BO)

―――――――――

Submitted: February 25, 1999        Decided: March 9, 1999

―――――――――

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Edward Brooks, Appellant Pro Se.  Kevin Neil Lewis, BAKER, JENKINS, JONES & DALY, P.A., Ahoskie, North Carolina; David Keith Teague, Danny Ray Glover, Jr., Elizabeth City, North Carolina; Mark Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael E. Brooks appeals the district court's order denying relief on his civil rights and state law claims complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Brooks v. Bunch, No. CA-98-15-2-BO (E.D.N.C. Sept. 4, 1998).  We deny Appellee Keith Teague's motions for summary affirmance and damages and costs under Fed. R. App. P. 38.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2